**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| WULF CINQ-MARS, | ) | |
| | ) | |
| Plaintiff, | ) | No: 21 CV 4277 |
| | ) | |
| vs. | ) | Jury Demand |
| | ) | |
| RIVERSIDE CAPITAL PLLC, d/b/a GREAT CLIPS, | ) | |
| | ) | |
| Defendant. | ) | |

# PLAINTIFF'S EXHIBIT A

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA<br>☒ EEOC | |

State or local Agency, if any _____ and EEOC

**NAME** (Indicate Mr., Ms., Mrs.)
Mr. Wulf Cinq-Mars

**S.S. No.** 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

**HOME TELEPHONE** (Include Area Code)
(815) 464-9408

**STREET ADDRESS** — 22952 Long Beach Drive
**CITY, STATE AND ZIP CODE** — Frankfort IL, 60423

**DATE OF BIRTH** 1976

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME** — Riverside Capital DBA Great Clips
**NUMBER OF EMPLOYEES, MEMBERS** — over 100
**TELEPHONE** (Include Area Code) — (815) 806-9910

**STREET ADDRESS** — 11240 W. Lincoln Hwy
**CITY, STATE AND ZIP CODE** — Mokena, IL 60448
**COUNTY** — Will

**NAME** —
**TELEPHONE NUMBER** (Include Area Code) —
**STREET ADDRESS** — **CITY, STATE AND ZIP CODE** —
**COUNTY** —

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es))

☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ AGE
☐ RETALIATION  ☐ NATIONAL ORIGIN  ☐ DISABILITY  ☒ OTHER (Specify) Hostile Environment

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST (ADEA/EPA) 07/2019    LATEST (ALL) Present
☒ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

*See Attachment

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their proceedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

**SIGNATURE OF COMPLAINANT** _Wulf Cinq-Mars_

Date 60/09/2020    Charging Party (Signature) _Wulf Cinq-Mars_

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year) 06/02/2020

I have been experiencing a hostile work environment since 07/2019. There have been a number of incidents where situations at work were very inappropriate and innappropriate wording was used. I am a gay man and I am the only man at my workplace. I am often bashed and belittled and treated like I am less than my coworkers. I have tried to resolve the issue through management and corporate only to be given the run around and blown off time and time again.

I have been called a faggot three times by coworkers. Twice by one coworker and once by another. The first incedent was in July of 2019. Then there were two more incendents over the last two months. The last one being on mother's day in a group text message between employees. I spoke to my manager about this and nothing was done.

One of my coworkers told me, "You are bullshit"and called me a "faggot" in August, 2019. I called my manager on the phone about it – we talked about it but nothing was done. I contacted the corporate office and they told me to speak with my regional manager. I tried to speak with her over several months and was blown off every time and then she quit.

One of my coworkers has been making rude comments while I have clients in my chair. Saying things like "Yeah, he'll suck" as I move to the front of my chair to cut my clients bangs. She has offended me and my clients. She is the same employee who has called me a faggot on two separate occasions. She makes me and my clients uncomfortable and she has made some uncomfortable with me resulting in my personal loss of clientele. This happened in front of one client recently. He told me that he was so mortified that he went home and told him family what happened. When I told this to my manager, she told me that she didn't remember the incident when I had told her about it and I was treated like a liar and it was blown off again.

The last incident was on Mother's Day 2020. I was called a "faggot" in a group work text. I spoke to my manager, who asked me to speak with her and when I started to explain what was going on I was told, "It's Mother's Day and I'm making dinner for my kids." And "Stop texting me." Nothing was ever done about the incident. I mentioned that my cival rights were being violated and that I was going to speak with an attorney because she was doing nothing. Two weeks later they asked me for my key to the salon. I asked if I was being let go and my manager said, "did I say that?"

Also on that same occasion, my assistant manager told me, "I'm not going to let this ruin my Mother's Day." – and refused to do anything or even speak to me about what happened.

There have also been several incedents with clients being harassing and sometime hostile. I have one client who comes in and makes me cut his beard. He acts innapropriately in my chair. I spoke to my manager and nothing was done. He continues to come in and request me and act this way.

Another client, who has special needs also acts innapropriately in my chair with sexual behavior. I spoke to my manager about this and nothing was done.

A third client jumped up from my chair and told me that "I have a problem with you"

Additionally, much of my professional equipment keeps being damaged when I am not at work. I have had ruined 1 pair of $200 clippers, THREE $400 clippers, THREE $100 neck trimmers, and have had all of my combs disappear. I have had to continually replace my damaged equipment out of my own pocket and no one is ever held accountable.

There have been a total of six occasions where there were arguments and name calling which resulting in my leaving work of my own volition and going home for the day. The last time this happened I was accused of job abandonment and threated with a write up.

Despite performance, seniority, full-time status, and the alphabet my name is always listed last on the performance chart in the back room, on every schedule, and even on the phone list. It shows how they treat me.

I have been a good and productive employee for this company. I have tried many times with management to resolve the issues up to and including contacting the corporate offices. Everyt time, I a blown off and the problem is swept under the rug.