_____

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| WULF CINQ-MARS, ) | |
| ) | |
| Plaintiff, ) | No: 21 CV 4277 |
| ) | |
| vs. ) | |
| ) | JURY DEMAND |
| RIVERESIDE CAPITAL LLC. d/b/a/ GREAT CLIPS ) | |
| ) | |
| Defendant. ) | |

_____

### MOTION FOR LEAVE TO WITHDRAW AS LEGAL COUNSEL FOR PLAINTIFF

Michael T. Smith of the Law Offices of Michael T. Smith & Associates, P.C., as current attorney for Wulf Cinq-Mars ("Plaintiff"), respectfully requests that this Honorable Court enter an order allowing him to withdraw as Plaintiff's legal counsel. In support of the motion, Michael T. Smith states as follows:

### GROUNDS FOR WITHDRAWL

1. Michael T. Smith of the Law Offices of Michael T. Smith & Associates, P.C. is Plaintiff's current legal counsel of record (hereinafter referred to as "Plaintiff's Attorney". Mr. Smith filed his appearance at the outset of the above captioned case.

2. The status of the case is as follows:

Plaintiff and Defendant have filed a status report on October 8, 2021, which required the parties to file Rule 26(a)(1) by November 21, 2021. On November 22, 2021, the parties had a preliminary settlement conference wherein the Magistrate Sunil R. Harjani, directed Plaintiff's attorney to file a formal settlement demand by December 1, 2021 and Defendant's attorney to respond to the demand by 12/8/2021.

1

3. Despite numerous attempts by Plaintiff's attorney to work with Plaintiff on settlement and compliance with Rule 26(a)(1) disclosures, the Plaintiff has not cooperated with Counsel on this matter.

4. Consequently, a breakdown in the attorney/client relationship has occurred between Plaintiff and Plaintiff's Attorney that prevent Plaintiff's Attorney from effectively representing Plaintiff.

5. Accordingly, Plaintiff's Attorney requests that this Court grant him leave to withdraw as Plaintiff's legal counsel and allow Plaintiff no less than 30 days to find alternative counsel and to stay all proceedings in the interim.

6. Plaintiff's Attorneys will provide a copy of this motion to Plaintiff via electronic mail and regular mail.

WHEREFORE, Plaintiff's Attorney hereby request that the Court enter an order allowing Michael T. Smith to withdraw as legal counsel for Plaintiff, allowing Plaintiff no less than 30 days to find alternative legal counsel, and staying all proceedings until Plaintiff is able to find alternative legal counsel.

Respectfully submitted:

/s/ Michael T. Smith
Michael T. Smith

Michael T. Smith (#6180407 IL)
**LAW OFFICE OF MICHAEL T. SMITH & ASSOCIATES, PC**
10 N. Martingale Road, Suite 400
Schaumburg, Illinois 60173
Telephone: (847) 466-1099
Email: *msmith39950@aol.com*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2021, the attached **Motion for Leave to Withdraw as Legal Counsel for Plaintiff** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record, and that my office served Plaintiff with a copy of this motion via email to wulfcinqmars@gmail.com and priority mail to:

    Wulf Cinq-Mars
    22952 Long Beach Drive
    Frankfort, Illinois 60423

    /s/ Michael T. Smith
    Michael T. Smith (#6180407 IL)
    **LAW OFFICE OF MICHAEL T. SMITH & ASSOCIATES**
    10 N. Martingale Road, Suite 400
    Schaumburg, Illinois 60173
    Telephone: (847) 466-1099
    Email: *msmith39950@aol.com*