# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Wulf Cinq–Mars

                                Plaintiff,

v.                                                       Case No.: 1:21–cv–04277

                                                            Honorable John Robert Blakey

Riverside Capital PLLC

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 5, 2022:

      MINUTE entry before the Honorable John Robert Blakey: Telephonic status hearing held on 8/5/2022. Plaintiff failed to appear and failed to notify Chambers of any scheduling conflicts. Plaintiff also failed to appear on 1/13/2022, 3/11/2022 as well as participate in proceedings before the Magistrate Judge. Plaintiff was warned that any further failures to appear either personally or thru counsel may result in a dismissal for want of prosecution [33]. Due to Plaintiff's failure to prosecute this case, and failure to comply with court orders, this case is dismissed with prejudice. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.